UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

   **v.**                                        Case No. 05-cr-128-01-PB

**Michael Nudd**


### O R D E R

The defendant, through counsel, has moved to continue the May 2, 2006 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations or prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from May 2, 2006 to September 6, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

     The April 20, 2006 final pretrial conference is continued until August 29, 2006 at 4:15 p.m.

     SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

April 18, 2006

cc:   Jonathan Saxe, Esq.
      Donald Feith, Esq.
      United States Probation
      United States Marshal